UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**MAGISTRATE JUDGE
SIMONTON**

CASE NO.  **00-2901-**

**CIV-NESBITT**

UNITED STATES OF AMERICA,                )
                                         )
    Plaintiff,                           )
                                         )
v.                                       )
                                         )
10.00 ACRES OF LAND, MORE OR             )
LESS, IN THE COUNTY OF                   )
DADE, STATE OF FLORIDA; and              )
ELICER A. LICEA,                         )
et al., and Unknown Owners,              )
                                         )
    Defendants.                          )
_____)

Tract No. 204-40
(EAST EVERGLADES)

### COMPLAINT IN CONDEMNATION
### PURSUANT TO DECLARATION OF TAKING

1.    The plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby brings this action to take property at the request of HORACE G. CLARK, Regional Solicitor, Southeast Region, U.S. Department of the Interior, for the taking of 10.00 Acres of Land, More or Less, Situated in Dade County, Florida, under the power of eminent domain, by and through the Declaration of Taking executed by HORACE G. CLARK, and for the ascertainment and award of just compensation to the owners and parties in interest.

2.    The authority for the taking of the land is stated in Schedule A, attached hereto.

3.    The public uses for which the land is taken is stated in



Schedule A, attached hereto.

4.    The property taken, the estates to be taken and the names and addresses of persons having or claiming an interest in the property are contained in Schedules B and C attached hereto.

5.    A plat showing the land taken is attached as Schedule D.

6.    Local and State taxing authorities may have, or claim, an interest in the property by reason of taxes and assessments.

7.    In addition to the persons named, there are, or may be, others who have or may claim some interest in the property taken, whose names are unknown to the plaintiff; such persons are, hereby, made parties to the action under the designation, "Unknown Owners."

**WHEREFORE**, the plaintiff prays that this Court order that the property be condemned, pursuant to both the Declaration of Taking filed with this complaint and the Declaration of Taking Act, 40 U.S.C. § 258a; that just compensation for the taking be ascertained and awarded; and that this court order such other relief as may be lawful.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
CAROL E.A. DEGRAFFENREIDT
Assistant United States Attorney
Florida Bar No. 0642101
99 N.E. 4th Street
Miami, Florida 33132
TEL: (305) 961-9330
FAX: (305) 530-7139

2

SCHEDULE "A"

EVERGLADES NATIONAL PARK

## AUTHORITY FOR THE TAKING

The authority for the taking of the land is under and in accordance with the Act of Congress

approved August 1, 1888, 25 Stat. 357, as amended, 40 U.S.C., sec. 257;  the Act of Congress

approved February 26, 1931, 46 Stat. 1421, as amended, 40 U.S.C., sec. 258a, the Act of May 30,

1934, 48 Stat. 816, as amended, which authorized the establishment of Everglades National Park;

the Act of December 13, 1989, 103 Stat. 1946, 16 U.S.C., sec. 410r-5, et seq., which expanded the

boundaries of Everglades National Park; and the Land and Water Conservation Fund Act of 1965,

78 Stat. 897, as amended, 16 U.S.C., sec. 460l-4, et seq.; and under the authority of the

Department of Interior and Related Agencies Appropriation Act, 2000, as enacted by section 1000

(a) (3) of the Consolidated Appropriations Act, 2000 (Public Law 106-113), which Act

appropriated funds for such purposes.

## PUBLIC USES

The public uses for which said land is to be taken are as follows:  The land is required to modify

the boundaries of Everglades National Park and to provide for the protection of lands, waters, and

natural resources within the park for the benefit and enjoyment of future generations.  The said

land has been selected for acquisition by the United States of America for said purposes, and for

such other uses as may be authorized by Congress or by Executive Order.

SCHEDULE "B"

EVERGLADES NATIONAL PARK

Tract 204-40

DESCRIPTION:

All that certain tract or parcel of land lying and being situated in the County of Dade, State of Florida, and being more particularly described as follows:

Tallahassee Meridian
Section 36, Township 54 South, Range 37 East,

NE1/4 SE1/4 SW1/4

Containing 10.00 acres, more or less.

Estimated compensation deposited in the Registry of the Court for the above-described property is $5,000.00.

ESTATE TAKEN:

The fee simple title subject to: (a) all interests of the State of Florida or any political subdivision thereof; (b) oil, gas and mineral interests of record outstanding in third parties; (c) rights of others in and to an easement for a road right-of-way, created by a Declaration of Easements dated March 1970, and recorded in O.R.B. 6853, Page 484 of the Public Records of Dade County, Florida; (d) all matters as shown of record on the Plat of Tamiami Trail Lands, recorded in Plat Book 4, Page 92, and amended plat recorded in Plat Book 4, Page 119 of the Public Records of Dade County, Florida; and (e) existing easements for public roads and highways, public utilities, railroads, and pipelines.

SCHEDULE "C"

EVERGLADES NATIONAL PARK

Tract 204-40

NAMES AND ADDRESSES OF PURPORTED OWNERS:

Elicer A. Licea and Hermida Licea, his wife
(address unknown)
last known address:    552 NW 28th Street
                       Miami, FL  33127

NAMES AND ADDRESSES OF OTHER PARTIES WHO MAY HAVE OR CLAIM AN
INTEREST IN THE LAND:

Ann Tucker or J. Tucker, Trustee
P.O. Box 144366
Coral Gables, FL  33114
(By virtue of Tax Certificate No. 99-00040698)

B. Tucker, Trustee
P.O. Box 144366
Coral Gables, FL  33114
(By virtue of a Notice of Lis Pendens, Case No. 95-06894, recorded in O.R.B. 16743, Page 2112,
of the Public Records of Dade County, Florida; and by virtue of an Assignment of Mortgage
recorded in O.R.B. 16545, Page 4222, of the Public Records of Dade County, Florida)

Commercebank, NA
President:  Millar Wilson
220 Alahambra Circle
Coral Gables, FL  33134-5255
(By virtue of a Final Judgment, recorded in O.R.B. 18459, Page 3840, and re-recorded in O.R.B.
18497, Page 4306, of the Public Records of Dade County, Florida)

Fidelity and Deposit Company of Maryland
300 St. Paul Place
Baltimore, MD  21202
Registered Agent:     Insurance Commissioner State of Florida
                      Capitol Building
                      Tallahassee, FL  32301
(By virtue of a Final Judgment, recorded in O.R.B. 15023, Page 2291, and re-recorded in O.R.B.
18038, Page 96, of the Public Records of Dade County, Florida)

SunTrust Bank Holding Company
f/k/a SunBank/Miami, N.A.
200 S. Orange Avenue
Orlando, FL  32802
Registered Agent:     Janet C. Thorpe
                      same address as above
(By virtue of an Agreed Final Judgment, recorded in O.R.B. 17510, Page 2302, of the Public
Records of Dade County, Florida)

Department of Treasury
Internal Revenue Service
District Counsel
1114 Federal Office Building, Stop 8000
51 Southwest First Avenue
Miami, FL  33130
(By virtue of a Notice of Federal Tax Lien, recorded in O.R.B. 18010, Page 528, of the Public
Records of Dade County, Florida)

Tax Collector
Tax Collection Division, South Dade Branch
County of Dade
10710 Southwest 211th Street
Miami, Florida  33189
(By virtue of a possible lien for real property taxes)

Unknown owners



CIVIL COVER SHEET   00-2901

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

UNITED STATES OF AMERICA

MAGISTRATE JUDGE
SIMONTON

**DEFENDANTS**

10.00 Acres of Land, More or Less,
Situate in Dade County, Florida; and
Elicer A. Licea

CIV-NESBITT

**b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

Dade A 1:00CV 2901 LCN/AmS

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Carol E.A. DeGraffenreidt, AUSA
99 N.E. 4th Street
Miami, FL 33132    (305) 961-9330

**ATTORNEYS (IF KNOWN)**

**d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**I. BASIS OF JURISDICTION** (PLACE AN X ONE BOX ONLY)

- X 1 US Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 US Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**V. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

16 U.S.C. § 410r-5

**Va.** _____ days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 362 Personal Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability   ☐ 365 Personal Injury-Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | A PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability   PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine   ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 345 Marine Product Liability   ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | B SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle   ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability   ☐ 385 Property Damage Product Liability | A LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS   B PRISONER PETITIONS | ☐ 730 Labor/Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐X 210 Land Condemnation | ☐ 441 Voting   ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations   ☐ 530 General | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare   ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights   ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions   * A or B |
| ☐ 290 All Other Real Property | ☐ 550 Civil Rights   A or B | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- ☐X 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23   DEMAND $ _____
Check YES only if demanded in complaint   JURY DEMAND: ☐ YES  XX NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE Nesbitt   DOCKET NUMBER (Land Commission, Other East Everglades cases covered by Admin. Orders 96-13, 97-08 & 99-20)

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY: Receipt No. _____

Date Paid: _____

Amount: _____

M/tp: _____